**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-275-RLH-(GWF) |
| | ) | |
| BRADLEY TUBIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

On November 28, 2012, defendant BRADLEY TUBIN pled guilty to Count Five of a Five-Count Superseding Criminal Indictment charging him with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349. Superseding Criminal Indictment, ECF No. 19; Plea Agreement, ECF No. 71.

This Court finds that BRADLEY TUBIN shall pay a criminal forfeiture money judgment of $745,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from BRADLEY TUBIN a criminal forfeiture money judgment in the amount of
3  $745,000.00 in United States Currency.
4  DATED this   2nd   day of      January        , 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Order of Forfeiture on December 21, 2012, by the below identified method of service:

CM/ECF

Mace J. Yampolsky
Mace Yampolsky, LTC
625 S. Sixth St.
Las Vegas, NV 89101
Mace@macelaw.com
Attorney for Bradley Tubin

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal