IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff(s),

vs.

BRADLEY TUBIN,

                Defendant(s).

Case No. 2:10-cr-0275-RLH-PAL

## SUBSTITUTION OF ATTORNEY

BRADLEY TUBIN (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

Daniel J. Albregts
(New Attorney)

(Address): 601 S. Tenth Street, Suite 202, Las Vegas, NV 89101

(Telephone): (702) 474-4004 , as attorney of record in place and

stead of: Mace Yampolsky
(Present Attorney)

DATED: 2/7/13

_____
(Signature of Party)

I consent to the above substitution.

DATED: 2/6/2013

_____
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: __2/1/13__                              _____
4                                                  (Signature of New Attorney)
5
6  Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT
7
8                                          APPROVED:
9  DATED: February 8, 2013.                _____
10                                          UNITED STATES DISTRICT JUDGE