FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 0 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-275-RLH-(GWF) |
| ) | |
| BRADLEY TUBIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on January 2, 2013, that BRADLEY TUBIN shall pay a criminal forfeiture money judgment of $745,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 73.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from BRADLEY TUBIN a criminal forfeiture money judgment in the amount of
3 $745,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,
4 United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title
5 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

6 DATED this 10 day of June 2013.

_____
UNITED STATES DISTRICT JUDGE

2