

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *daniel.hollingsworth@usdoj.gov*
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-275-RLH-(GWF) |
| BRADLEY TUBIN, | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S SEALED EX PARTE MOTION TO FILE THIS MOTION AND THE SECOND MOTION TO SUBSTITUTE AND TO FORFEIT PROPERTY OF BRADLEY TUBIN UNDER SEAL AND MOTION TO UNSEAL AND ORDER**

The United States moves this Honorable Court for an Order to file this Sealed Ex Parte Motion and the Second Motion to Substitute and to Forfeit Property of Bradley Tubin under seal pursuant to LCR 47-2(a)[1]. This Motion and the Second Motion to Substitute and to Forfeit Property of Bradley Tubin ("Second Motion to Substitute") must be filed under seal and ex parte because the Federal Bureau of Investigation needs to seize the funds contained in Bradley Tubin's (Tubin's) Individual Retirement Account and the personal property located at Tubin's residence which the

---

[1] "All ex parte motions, applications or requests shall contain a statement showing good cause why the matter was submitted to the court without notice to all parties." LCR 47-2(a)

United States is requesting to substitute and to forfeit. The United States fears that if this Motion is served on the other party before the property is taken into custody, Tubin may attempt to sell or hide the property so it cannot be substituted and forfeited. As soon as the Order is signed, the United States will seize the property and will serve Tubin.

The United States requests this Court to sign the Second Substitution and Forfeiture Order, file it, and return a copy of the Second Substitution and Forfeiture Order to the United States under seal as a paper document because the signed and filed sealed document will not be sent to the United States by Electronic Case Filing.

Therefore, the United States requests this Court to allow this Motion and the Second Motion to Substitute to be filed under seal, to sign the Second Substitution and Forfeiture Order, file it, and to return a signed and filed copy of it to the United States under seal as a paper document.

After the property has been taken into custody and the United States files documents showing that the property was taken into custody, the United States requests this Court allow the sealed motions and Second Substitution and Forfeiture Order to be automatically unsealed so that the proper parties may be served.

DATED this 13th day of April, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT
DATED:   April 14, 2016

2