1  DAYLE ELIESON
   United States Attorney
2  DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
3  Nevada State Bar No. 1925
   Lloyd D. George United States Courthouse
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  E-mail: Daniel.Hollingsworth@usdoj.gov
   Counsel for the United States of America

7

8

9

10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12  UNITED STATES OF AMERICA,          )   2:10-CR-275-RFB-(GWF)
                                       )
13              Plaintiff,             )
                                       )
14        v.                           )   United States Of America's Motion to
                                       )   Unseal and Order
15  BRADLEY TUBIN,                     )
                                       )
16              Defendant.             )

17        The United States of America respectfully requests this Court to unseal the United States

18  of America's Sealed Ex Parte Motion to File this Motion and the Second Motion to Substitute

19  and to Forfeit Property of Bradley Tubin Under Seal and Motion to Unseal and Order (ECF No.

20  113); the United States of America's Sealed Ex Parte Second Motion to Substitute and to Forfeit

21  Property of Bradley Tubin (ECF No. 114); the sealed order granting the United States of

22  America's Sealed Ex Parte Motion to File this Motion and the Second Motion to Substitute and

23  to Forfeit Property of Bradley Tubin Under Seal and Motion to Unseal and Order (ECF No. 115),

24  the order granting the Second Substitution and Forfeiture Order (ECF No. 116); the sealed

25  Notice of Errata attaching Proposed Amended Second Substitution and Forfeiture

26  / / /

1  Order (ECF No. 118); and the sealed Notice of Errata attaching Amended Second Substitution

2  and Forfeiture Order (ECF No. 119) so that the proper parties may be served.

3       For this reason, this Court should unseal the above named documents (ECF Nos. 113,

4  114, 115, 116, 118, and 119) so service of process can be completed.

5       DATED this 2nd day of August, 2018.

6                           DAYLE ELIESON
                         United States Attorney

7

8                           /s/ Daniel D. Hollingsworth
                         DANIEL D. HOLLINGSWORTH

9                           Assistant United States Attorney

10

11

12                           IT IS SO ORDERED.

13

14                           RICHARD F. BOULWARE, II
                         United States District Court

15

16                           DATED:  August 3, 2018.

17

18

19

20

21

22

23

24

25

26

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on August 2, 2018.

/s/ Priscila Matera Whalen
PRISCILA MATERA WHALEN
FSA Paralegal