DAYLE ELIESON
United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Daniel.Hollingsworth@usdoj.gov
Counsel for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-275-RFB-(GWF) |
| | ) | |
| Plaintiff, | ) | United States Of America's Motion To |
| | ) | Reseal ECF Nos. 114, 116, 118, and 119 |
| v. | ) | and Replace the Documents with Redacted |
| | ) | Copies Pursuant to Fed. R. Crim. P. 49.1 |
| BRADLEY TUBIN, | ) | And Order |
| | ) | |
| Defendant. | ) | |

The United States of America respectfully requests this Court to reseal the United States of America's Sealed Ex Parte Second Motion to Substitute and to Forfeit Property of Bradley Tubin (ECF No. 114); the order granting the Second Substitution and Forfeiture Order (ECF No. 116); the sealed Notice of Errata attaching Proposed Amended Second Substitution and Forfeiture Order (ECF No. 118); and the sealed Notice of Errata attaching Amended Second Substitution and Forfeiture Order (ECF No. 119) because they contain personally identifiable information and to replace the aforementioned documents with redacted copies. See attached documents.

This motion is based on the attached Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Fed. R. Crim. P. 49.1 protects social security numbers, taxpayer-identification numbers, birth dates, and financial-account numbers. Fed. R. Crim. P. 49.1(a). The aforementioned

documents (ECF Nos. 114, 116, 118, and 119) contain numbers identifying the account which was seized and Bradley Tubin's social security number. Although "[t]he redaction requirement does not apply to . . . a financial-account number or real property address that identifies the property allegedly subject to forfeiture in a forfeiture proceeding…" (Fed. R. Crim. P. 49.1(b)(1)), in an abundance of caution, the United States requests to reseal the above-named documents and to replace them with the attached redacted documents to protect Bradley Tubin's personal identifying information.

This Court has authority to file redacted documents for the public record. Fed. R. Crim. P. 49.1(d). This Court retains the unredacted Motion and Order under seal as part of the record. Fed. R. Crim. P. 49.1(f). By filing the attached redacted documents, the public will have some knowledge concerning this case, but the sensitive information will be protected. The United States will serve the potential claimants the redacted Motions and Orders and file the redacted Motions and Orders with the service of process return.

For this reason, this Court should reseal the above named documents (ECF Nos. 114, 116, 118, and 119) and replace the documents with the provided redacted copies.

DATED this 8th day of August, 2018.

    DAYLE ELIESON
    United States Attorney

    /s/ Daniel D. Hollingsworth
    DANIEL D. HOLLINGSWORTH
    Assistant United States Attorney

IT IS SO ORDERED.



RICHARD F. BOULWARE, II

UNITED STATES DISTRICT JUDGE

DATED: August 21, 2018.

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on August 8, 2018.

                                           /s/ Heidi L. Skillin
                                           HEIDI L. SKILLIN
                                           FSA Paralegal