

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | **UNITED STATES DISTRICT COURT** |
| 6 | **DISTRICT OF NEVADA** |

UNITED STATES OF AMERICA,  )
                       Plaintiff,  )
                       v.  )  2:10-CR-275-RLH-(GWF)
BRADLEY TUBIN,  )
                       Defendant.  )

**SECOND SUBSTITUTION AND FORFEITURE ORDER**

This Court, having read and considered the United States of America's Second Sealed Ex Parte Motion to Substitute and to Forfeit Property of Bradley Tubin and the Sealed Ex Parte Motion to File this Motion and the Second Motion to Substitute and to Forfeit Property of Bradley Tubin under Seal and Order, and good cause appearing, finds the asset described below is owned by Bradley Tubin (Tubin).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following assets are substituted and are forfeited to the United States pursuant to Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p):

Three Semi-Tractor Trailers and their contents, located in the backyard of Tubin's residence located at 6645 W. El Campo Grande, Las Vegas, Nevada, 89130, reportedly containing enough wood to complete a 20 lane bowling alley, and approximately six sets of original Hard Rock Hotel vintage doors;

Fidelity Individual Retirement Account, located at Fidelity Investments, 2225 Village Walk Drive, Ste. 199, Henderson, Nevada 89052, account number ▮▮▮▮4963, held in the name of Bradley Tubin, SSAN ▮▮▮▮4296, which had a balance of approximately $2,527.99 as of January, 2016; and

Personal property inside Tubin's home located at 6645 W. El Campo Grande, Las Vegas, Nevada, 89130, to include the following:

| | |
|---|---|
| 1 | Any and all vintage pinball machines located in or around Tubin's residence; |
| 2 | Large Teakwood table located in front entry area of Tubin's residence; |
| 3 | Viking Sub Zero refrigerator located in the kitchen of Tubin's residence; |
| 4 | Viking commercial range located in the kitchen of Tubin's residence; and |
| 5 | Chairs, video, and projection type equipment located in the Theater Room of Tubin's residence. |

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States is now entitled to, and should, reduce the aforementioned property to the possession of the United States;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States should take into custody the aforementioned property;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America through the Federal Bureau of Investigation (FBI) is authorized to (1) enter into Tubin's residence, including the backyard at 6645 W. El Campo Grande, Las Vegas, Nevada 89130; and (2) take the three Semi-Tractor Trailers and their contents and the personal property from Tubin's residence. The residence located at 6645 W. El Campo Grande, Las Vegas, Nevada, is on the south side of W. El Campo Grande, and faces north. It has two white wrought iron sliding gates, one on the west side, and the other on the east side of the property. There is a white wrought iron fence in front of the property, and directly behind it is a large green hedge, which obscures the view of the majority of the house. There is a white mailbox in front, with the numbers "6645" on the west side of the mailbox. There is an attached three car garage on the north east side of the residence, with a two car garage door and a separate single car garage door, both of which face east. There are double front doors just east of the garage doors which faces north. Just east of the front doors is a large silver metal façade, which runs from the ground to the top of the house. The house is a light brown stucco, brown trim, with a brown and tan tiled roof.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America through the FBI is authorized to (1) seize the property from Fidelity Investments and (2) to require

Fidelity Investments to (a) provide promptly to the authorized law enforcement officer the current account balance; (b) to liquidate the properties that are not cash into cash; (c) to issue a check payable to "The United States Marshals Service" for the total amount of funds in the account after the Second Substitution and Forfeiture Order is executed; and (d) to immediately turn over the cashier's check to the authorized law enforcement officer with a current statement showing changes to the account since execution of the Second Substitution and Forfeiture Order.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of Tubin in the aforementioned property is forfeited and is vested in the United States and shall be safely held by the United States until further order of the Court;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States will serve Tubin with this order and the two motions after the property has been taken into custody;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 14th day of April, 2016.

_____
UNITED STATES DISTRICT COURT