UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00275-RFB-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| BRADLEY TUBIN, | |
| Defendant. | |

This matter is before the Court on the Defendant's Motion for Appointment of Counsel (ECF No. 139), filed February 26, 2019. Upon review and consideration, the Court finds good cause exists to grant the Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Appointment of Counsel (ECF No. 139) is **granted**.

**IT IS FURTHER ORDERED** that this matter is referred to the Federal Public Defender's Office for appointment of counsel. Appointed counsel shall enter an appearance by **April 19, 2019**.

Dated this 3rd day of April, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE